**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Cleveland Belin Jr.** | Social Security number or ITIN  **xxx–xx–0679** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Cheryl L. Belin** | Social Security number or ITIN  **xxx–xx–5892** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **District of New Jersey**

Case number:  **11–46703–JNP**

# Order of Discharge                                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Cleveland Belin Jr.                                  Cheryl L. Belin
aka Cleveland Belin

<u>1/10/17</u>                                            **By the court:**    <u>Jerrold N. Poslusny Jr.</u>
                                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                          United States Bankruptcy Court
                               District of New Jersey

In re:                                                        Case No. 11-46703-JNP
Cleveland Belin, Jr.                                          Chapter 13
Cheryl L. Belin
         Debtors                   CERTIFICATE OF NOTICE
District/off: 0312-1         User: admin              Page 1 of 3             Date Rcvd: Jan 10, 2017
                             Form ID: 3180W           Total Noticed: 78

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2017.
db/jdb       +Cleveland Belin, Jr.,    Cheryl L. Belin,    265 Ireland Terrace,    Williamstown, NJ 08094-1522
cr           +South Jersey Auto Finance, Inc.,    409 N. Main Street,    Glassboro, NJ 08028-1633
512649827     Arrow Fincl,    5996 W Touhy Ave,    Niles, IL 60714-4610
512649828     Aspire Visa,    PO Box 105555,    Atlanta, GA 30348-5555
512649829    #+California Recovery Bureau,    135 Vallecitos De Oro Suite G,    San Marcos, CA 92069-1461
512649830    +Cash Point Title,   AKA Dominion Management Of Delaware,    3503 Philadelphia Pike,
               Claymont, DE 19703-3106
512649833     Cortrust Bk,    500 E 60th St N,    Sioux Falls, SD 57104-0478
512649839     Diversified Adjustment Service, Inc.,    PO Box 32145,    Fridley, MN 55432-0145
515383095    +Dominion Management Services,    DBA Cashpoint,    3512 Philadelphia Pike,
               Claymont, DE 19703-3109
512649842    +Fin Recovery,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
512649844     Fncc,   500 E 60th St N,    Sioux Falls, SD 57104-0478
512649846     Ge Capital,    Leading Edge,    PO Box 129,    Linden, MI 48451-0129
512967081    +HSBC Bank Nevada, N.A.,    by PRA Receivables Management, LLC,    PO Box 12907,
               Norfolk VA 23541-0907
512649852     Kennedy Health System,    PO Box 48023,    Newark, NJ 07101-4823
512840513    +MidFirst Bank c/o Zucker Goldberg & Ackerman,    200 Sheffied Street, Suit 301,
               Mountainside, NJ 07092-2315
512677640    +Midland Credit Management, Inc.,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
512649856    +Midland Credit Mgmt,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
512649857     Midland Funding,    Pressler & Pressler,    7 Entin Rd,    Parsippany, NJ 07054-5020
512649858     Midland Mortgage Co.,    PO Box 26648,    Oklahoma City, OK 73126-0648
512740349    +New Century Financial Services, Inc.,    successor in inter.to GE-Capital-Wal Mar,
               c/o Pressler and Pressler, LLP.,    7 Entin Rd.,    Parsippany NJ 07054-5020
512741010     New Century Financial Services, Inc.,    successor in inter.to GE Capital-Sam’s C,
               c/o Pressler and Pressler, LLP.,    7 Entin Rd.Parsippany NJ 07054
512740351    +New Century Financial Services,Inc.,    successor in inter.to Credit One Bank,
               c/o Pressler and Pressler, LLP,    7 Entin Rd.,    Parsippany NJ 07054-5020
512740746    +New Century Financial Services,Inc.,    successor in inter.to GE Money Bank-Peac,
               c/o Pressler and Pressler, LLP,    7 Entin Rd.,    Parsippany NJ 07054-5020
512967951    +Northeastern Title Loans,    3440 Preston Ridge Rd. , Suite 500,    Alpharetta, GA 30005-3823
512649863     Northeastern Title Loans,    1560 N Dupont Hwy,    New Castle, DE 19720-1902
512649864     Northland Group,    PO Box 390846,    Edina, MN 55439-0846
512649867    +Pressler And Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
512649868     Public Storage,    Allied Int,    300 Corporate Exch,    Columbus, OH 43231
512649869    +S Jrsy Auto,    409 N Main St,    Glassboro, NJ 08028-1633
512649874     Team Pediatric Associates,    NCO Medclr,    Pob 41448,    Philadelphia, PA 19101
512649875     Tribute Mastercard,    PO Box 105341,    Atlanta, GA 30348-5341
512695003    +US Dept. of HUD,    C & L Service Corporation,    2488 E. 81st St., Suite 700,
               Tulsa, OK 74137-4267
512649876     Verizon Nj,    PO Box 3397,    Bloomington, IL 61702-3397

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 11 2017 00:17:23     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 11 2017 00:17:20     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
512649825      EDI: AFNIRECOVERY.COM Jan 10 2017 23:48:00     Afni,   PO Box 3097,
               Bloomington, IL 61702-3097
512649826      EDI: AFNIRECOVERY.COM Jan 10 2017 23:48:00     Afni,   PO Box 3427,
               Bloomington, IL 61702-3427
512975885     +EDI: OPHSUBSID.COM Jan 10 2017 23:53:00     CANDICA, LLC,   C O WEINSTEIN AND RILEY, PS,
               2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
512712343     +EDI: CITICORP.COM Jan 10 2017 23:53:00     Citibank N.A.,   c/o Citibank (South Dakota), N.A.,
               ATTN: Claims Dept. MC 2135,    701 E 60th Street North,   Sioux Falls, SD 57104-0432
512649832     +EDI: CITICORP.COM Jan 10 2017 23:53:00     Citibank Stu,   701 East 60th Stre,
               Sioux Falls, SD 57104-0493
512649834      EDI: RCSFNBMARIN.COM Jan 10 2017 23:53:00     Credit One Bank,   PO Box 60500,
               City of Industry, CA 91716-0500
512649835      EDI: DIRECTV.COM Jan 10 2017 23:53:00     Directv,   PO Box 78626,   Phoenix, AZ 85062-8626
512649836      EDI: DISCOVER.COM Jan 10 2017 23:53:00     Discover Fin,   Po Box 15316,
               Wilmington, DE 19850
512649837      EDI: ESSL.COM Jan 10 2017 23:48:00     Dish Network,   PO Box 4034,   Woburn, MA 01888-4034
512649838     +EDI: DCI.COM Jan 10 2017 23:53:00     Diversified,   P O Box 551268,
               Jacksonville, FL 32255-1268
512649838     +E-mail/Text: bankruptcynotices@dcicollect.com Jan 11 2017 00:17:56     Diversified,
               P O Box 551268,    Jacksonville, FL 32255-1268
512649840      E-mail/Text: bknotice@erccollections.com Jan 11 2017 00:17:26     Enhanc Rcvry,
               8014 Bayberry Rd,    Jacksonville, FL 32256-7412
512649841     +E-mail/Text: bknotice@erccollections.com Jan 11 2017 00:17:26     Enhancrcvrco,
               8014 Bayberry Rd,    Jacksonville, FL 32256-7412
```

```
District/off: 0312-1          User: admin              Page 2 of 3                   Date Rcvd: Jan 10, 2017
                              Form ID: 3180W           Total Noticed: 78


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
512649843       E-mail/Text: data_processing@fin-rec.com Jan 11 2017 00:17:07      Financial Recovery Services,
                 PO Box 4115, Dept 813,    Concord, CA   94524-4115
512649845      +EDI: AMINFOFP.COM Jan 10 2017 23:53:00      Fst Premier,    3820 N Louise Ave,
                 Sioux Falls, SD 57107-0145
512649847       EDI: RMSC.COM Jan 10 2017 23:53:00      GE Money Bank,   PO Box 981064,
                 El Paso, TX   79998-1064
512649848      +EDI: RMSC.COM Jan 10 2017 23:53:00      Gecrb/peacdr,   C/o Po Box 965036,
                 Orlando, FL 32896-0001
512649850      +EDI: RMSC.COM Jan 10 2017 23:53:00      Gemb/Walmart,   PO Box 981400,    El Paso, TX 79998-1400
512649849       EDI: RMSC.COM Jan 10 2017 23:53:00      Gemb/jcp,   PO Box 103106,    Roswell, GA  30076-9106
512649851       EDI: HFC.COM Jan 10 2017 23:53:00      Hsbc Bank,    PO Box 5246,    Carol Stream, IL  60197-5246
512649870       EDI: JEFFERSONCAP.COM Jan 10 2017 23:53:00      Salute Visa,    Jeffcapsys,    16 McLeland Rd,
                 Saint Cloud, MN 56303-2198
512649853       EDI: RESURGENT.COM Jan 10 2017 23:53:00      Lvnv Funding,   PO Box 10587,
                 Greenville, SC   29603-0587
512649854      +EDI: RESURGENT.COM Jan 10 2017 23:53:00      Lvnv Funding,   Po Box 740281,
                 Houston, TX 77274-0281
512649855       EDI: MERRICKBANK.COM Jan 10 2017 23:48:00      Merrick Bk,    PO Box 5000,
                 Draper, UT   84020-5000
513862431      +EDI: AIS.COM Jan 10 2017 23:48:00      Midland Funding LLC,    by American InfoSource LP as agent,
                 Attn: Department 1,    PO Box 4457,    Houston, TX   77210-4457,    Midland Funding LLC 77210-4457
513862430       EDI: AIS.COM Jan 10 2017 23:48:00      Midland Funding LLC,    by American InfoSource LP as agent,
                 Attn: Department 1,    PO Box 4457,    Houston, TX   77210-4457
512649859       E-mail/Text: bankruptcydepartment@tsico.com Jan 11 2017 00:18:07     Nco Fin /27,
                 Dept 99, PO Box 15630,    Wilmington, DE  19850-5630
512649860       E-mail/Text: egssupportservices@egscorp.com Jan 11 2017 00:17:36     Nco- Medclr,
                 507 Prudential Rd,    Horsham, PA  19044-2308
512649861      +E-mail/Text: bankruptcynotices@cbecompanies.com Jan 11 2017 00:17:41
                 Nelson, Watson, & Associates,   80 Merrimack Street Lower Level,    Haverhill, MA 01830-5211
512649862      +E-mail/PDF: bankruptcy@ncfsi.com Jan 11 2017 00:13:08      New Century Financial,
                 110 S Jefferson Rd Ste 1,    Whippany, NJ 07981-1038
512649866       EDI: PRA.COM Jan 10 2017 23:48:00      Portfolio Rc,   120 Corporate Blvd Ste 100,
                 Norfolk, VA   23502-4962
512981747       EDI: PRA.COM Jan 10 2017 23:48:00      Portfolio Recovery Associates, LLC,
                 c/o Direct Merchants Bank,    POB 41067,    Norfolk VA 23541
512942388       EDI: PRA.COM Jan 10 2017 23:48:00      Portfolio Recovery Associates, LLC,    c/o Orchard Bank,
                 PO Box 41067,    Norfolk VA 23541
513853404      +EDI: PRA.COM Jan 10 2017 23:48:00      PRA Receivables Management, LLC,    POB 41067,
                 Norfolk, VA 23541-1067
512649865       EDI: RMSC.COM Jan 10 2017 23:53:00      Peach D/gemb,   PO Box 981439,    El Paso, TX  79998-1439
512808994      +E-mail/Text: csidl@sbcglobal.net Jan 11 2017 00:17:44      Premier Bankcard/Charter,
                 PO Box 2208,    Vacaville, CA 95696-8208
512649872       E-mail/Text: bklaw2@centurylink.com Jan 11 2017 00:17:27      Sprint,   PO Box 6419,
                 Carol Stream, IL  60197-6419
512649871      +EDI: RMSC.COM Jan 10 2017 23:53:00      Sam's Club,   PO Box 965005,    Orlando, FL 32896-5005
512649873       EDI: WTRRNBANK.COM Jan 10 2017 23:53:00      Target N.b.,   PO Box 9475,
                 Minneapolis, MN  55440-9475
513877119      +EDI: OPHSUBSID.COM Jan 10 2017 23:53:00      Vanda, LLC,   c/o Weinstein & Riley, P.S.,
                 2001 Western Ave., Ste. 400,    Seattle, WA 98121,    Vanda, LLC,
                 c/o Weinstein & Riley, P.S. 98121-3132
513877118      +EDI: OPHSUBSID.COM Jan 10 2017 23:53:00      Vanda, LLC,   c/o Weinstein & Riley, P.S.,
                 2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
512925872       EDI: VERIZONEAST.COM Jan 10 2017 23:53:00      Verizon,   PO BOX 3037,
                 Bloomington, IL 61702-3037
512649877       EDI: RMSC.COM Jan 10 2017 23:53:00      Walmart,   PO Box 530927,    Atlanta, GA  30353-0927
512649878      +EDI: WFFC.COM Jan 10 2017 23:53:00      Wfds/wds,   Po Box 1697,    Winterville, NC 28590-1697
                                                                                              TOTAL: 46

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
512941993        U.S. Department of HUD c/o Deval LLC,    1255 Corporate Drive, #300, Irving, TX 7
cr*             +Midland Credit Management, Inc.,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
cr*             +Vanda, LLC,   c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
                  Seattle, WA 98121-3132
512741124*      +New Century Financial Services, Inc.,    successor in inter.to Credit One Bank,
                  c/o Pressler and Pressler, LLP,    7 Entin Rd,   Parsippany NJ 07054-5020
512984715*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court:   Portfolio Recovery Associates, LLC,    c/o Direct Merchants Bank,
                  POB 41067,    Norfolk VA 23541)
513877126*      +Vanda, LLC,   c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121,
                  Vanda, LLC,    c/o Weinstein & Riley, P.S. 98121-3132
513877125*      +Vanda, LLC,   c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
                  Seattle, WA 98121-3132
```

```
District/off: 0312-1          User: admin              Page 3 of 3             Date Rcvd: Jan 10, 2017
                              Form ID: 3180W           Total Noticed: 78

512649831    ##Cbe Group,    131 Tower Park Dr Ste 100 # 1,    Waterloo, IA  50701-9374
                                                                                TOTALS: 1, * 6, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2017                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2017 at the address(es) listed below:

```
          Brian C. Nicholas    on behalf of Creditor    MIDFIRST BANK bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    Midfirst Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK bankruptcynotice@zuckergoldberg.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Joseph J. Rogers    on behalf of Debtor Cleveland  Belin, Jr. jjresq@comcast.net,
           jjresq1@comcast.net
          Joseph J. Rogers    on behalf of Joint Debtor Cheryl L. Belin jjresq@comcast.net,
           jjresq1@comcast.net
          Joshua I. Goldman    on behalf of Creditor    MIDFIRST BANK jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor    Midfirst Bank jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor    MidFirst Bank jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kenneth S. Jannette    on behalf of Creditor    Vanda, LLC ken.jannette@gmail.com
          Laura D. Ruccolo    on behalf of Creditor    South Jersey Auto Finance, Inc. lruccolo@capehart.com,
           abennett@capehart.com
                                                                                             TOTAL: 13
```